IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:05CR235-7-V |
| | ) | |
| (7) ANDRE ORLANDA STEPHENS | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion to Amend Indictment (Document 244) filed June 29, 2006, seeking to amend the caption of the indictment contained in the above-captioned case to add the true name of the Defendant.

In support of its motion, the Government asserts that the Defendant is named in the caption of the Indictment as Andre Orlanda Stephens and further asserts that the Defendant's correct name is ANDRA ORLANDA STEPHENS.

The amendment offered by the Government is clearly ministerial and would in no way affect any substantive or procedural rights of the Defendant. *See United States v. Morrow*, 925 F.2d 779, 781-82 (4th Cir. 1991).

**IT IS THEREFORE, ORDERED** that the Motion to Amend Indictment (Document 244) filed by the United States seeking to amend the caption of the Indictment to correct the Defendant's name to ANDRA ORLANDA STEPHENS is hereby **GRANTED**.

The Clerk is directed to certify copies of this Order to the Defendant, defense counsel, U.S. Probation, U.S. Marshal Service, and the United States Attorney.

Signed: June 30, 2006

David C. Keesler
United States Magistrate Judge